No. 88–1345. RICKETTS ET AL. *v.* VAUGHAN ET AL. C. A. 9th Cir. Motion of respondents William John Cunningham and Bruce Foy Lowry for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–6093. HOOKS *v.* OHIO. Sup. Ct. Ohio;

No. 88–6318. ESPARZA *v.* OHIO. Sup. Ct. Ohio;

No. 88–6562. HANCE *v.* ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER AT JACKSON. Sup. Ct. Ga.;

No. 88–6577. MORRISON *v.* GEORGIA. Sup. Ct. Ga.; and

No. 88–6626. KARIS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.